UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                   CASE NO. 13 B 10737
                                         CHAPTER 13
Jose A Garay
                                         JUDGE JACQUELINE P COX

            DEBTOR                       **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** SPECIALIZED LOAN SERVICING LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 8 | 7 | XXXXXX8482 | $38,694.19 | $38,694.19 | $38,694.19 |
| Total Amount Paid by Trustee | | | | | $38,694.19 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-10737-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 13th day of April, 2018.

Debtor:
Jose A Garay
987 Oak Ridge Blvd
Elgin, IL  60120-9220

Attorney:
JAY M REESE
262 W FULLERTON AVE
ADDISON, IL  60101
via Clerk's ECF noticing procedures

Creditor:
SPECIALIZED LOAN SERVICING
LLC
PO BOX 636007
LITTLETON, CO  80163

Mortgage Creditor:
DEUTSCHE BANK NATIONAL
TRUST
% CODILIS & ASSOC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60527

Mortgage Creditor:
GREEN TREE SERVICING
PO BOX 6172
RAPID CITY, SD  57709-6172

Mortgage Creditor:
DEUTSCHE BANK
% AMERICAS SERVICING CO
3476 STATEVIEW BLVD
FORT MILL, SC  29715

Creditor:
America's Serving Company
Wells Fargo Home Mortgage
PO Box 10388
Des Moines, IA  50306-0388

ELECTRONIC SERVICE - United States Trustee

Date:  April 13, 2018

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603